## SUTTON v. ADAMS, SECRETARY OF STATE OF FLORIDA, ET AL.

No. 726.   Decided January 20, 1969.

*Milton E. Grusmark* for appellant.

*Earl Faircloth,* Attorney General of Florida, *pro se,* and *Robert A. Chastain* and *Wilson W. Wright,* Assistant Attorneys General, for appellees.

PER CURIAM.

The appeal is dismissed for want of a substantial federal question.

MR. JUSTICE BLACK and MR. JUSTICE HARLAN would note probable jurisdiction and set the case for oral argument.

## BACKER v. ROCKEFELLER, GOVERNOR OF NEW YORK.

No. 852.   Decided January 20, 1969.

*Jerome M. Kay* for appellant.

*Louis J. Lefkowitz,* Attorney General of New York, *Ruth Kessler Toch,* Solicitor General, and *Jean M. Coon,* Assistant Attorney General, for appellee.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.